LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

S. CHRISTIAN STOUDER, SBN 149821
JESSE M. SULLIVAN, SBN 225932
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorneys for Defendant
PNS STORES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-cv-02457-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| PNS STORES, INC., | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PNS STORES, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 9, 2011                             DISABLED ADVOCACY GROUP, APLC

                                                                     */s/   Lynn Hubbard III*
                                                                      LYNN HUBBARD III
                                                                      Attorney for Plaintiff LARY FEEZOR

Dated: August 9, 2011                             HAIGHT BROWN & BONESTEEL LLP

                                                                      */s/   Jesse M. Sullivan*
                                                                      JESSE M. SULLIVAN
                                                                      Attorney for Defendant PNS STORES, INC.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-02457-KJM-KJN, is hereby dismissed with prejudice in its entirety and this case is CLOSED.

Dated: August 11, 2011.

                                                             UNITED STATES DISTRICT JUDGE